UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK VENTIMIGLIA,

                              Plaintiff,                      CV 05-4149 (DRH)

          -against-

HUSTEDT CHEVROLET, *et al.*,

                             Defendants.
------------------------------------------------------------X

**ORENSTEIN, Magistrate Judge:**

       In view of the letters from the attorneys for the respective parties, all counsel and their respective clients shall appear with all of the documents which respond to the document demands of each party on the dates set forth below:

| | |
|---|---|
| *Caronia v. Hustedt Chevrolet, *et al.* | September 25 |
| Estate of Levy v. Hustedt Chevrolet, *et al.* | September 26 |
| Ventimiglia v. Hustedt Chevrolet, *et al.* | September 27 |
| Pratt v. Hustedt Chevrolet, *et al.* | September 28 |
| Weiss v. Hustedt Chevrolet, *et al.* | October 4 |

Counsel and clients shall be prepared to spend their respective day at the courthouse.

Counsel and their clients shall appear at 9:30 a.m. sharp.

No adjournment will be permitted except if extraordinary circumstances are presented or the attorneys file a letter in writing their disputes have been resolved.

**SO ORDERED.**

Dated: Central Islip, New York
       August 18, 2006

                                                                      MICHAEL L. ORENSTEIN
                                                                     United States Magistrate Judge

*Ms. Caronia shall produce her
copy of the tape and a tape recorder
to play it.